Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 19−30409−KCF
          Chapter: 7
          Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Donald F. Parler
   1 Joseph Court
   Manchester, NJ 08759

Social Security No.:
   xxx−xx−6032

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/27/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 27, 2019
JAN: ckk

                                    Jeanne Naughton
                                    Clerk

```
                                United States Bankruptcy Court
                                     District of New Jersey
In re:                                                                 Case No. 19-30409-KCF
Donald F. Parler                                                       Chapter 7
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                  Page 1 of 1        Date Rcvd: Dec 02, 2019
                               Form ID: 148                 Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 04, 2019.
db             +Donald F. Parler,    1 Joseph Court,    Manchester, NJ 08759-5917
518537874      +Ally Bank,    200 West Civic Center Dr,    Sandy, UT 84070-4207

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QTJORR.COM Dec 03 2019 05:03:00      Thomas Orr,    Law Office of Thomas J. Orr,
                 321 High Street,    Burlington, NJ 08016-4411
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 03 2019 00:50:12       U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 03 2019 00:50:09        United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,     One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518537875       EDI: CAPITALONE.COM Dec 03 2019 05:03:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
518537876      +E-mail/Text: bk@lendingclub.com Dec 03 2019 00:51:20       Lending Club,    Dept 34268,
                 San Francisco, CA 94139-0001
518537877       E-mail/Text: jennifer.chacon@spservicing.com Dec 03 2019 00:51:55
                 Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
518543203      +EDI: RMSC.COM Dec 03 2019 05:03:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 7

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 04, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2019 at the address(es) listed below:
              Harrison Ross Byck    on behalf of Debtor Donald F. Parler lawfirm@kasuribyck.com,
               kasuribyck@ecf.courtdrive.com;financial@kasuribyck.com
              Kevin Gordon McDonald    on behalf of Creditor    Wilmington Trust, NA, successor trustee to
               Citibank, N.A., as Trustee Et Al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Thomas Orr    tom@torrlaw.com, Torr@ecf.axosfs.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```