UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on March 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Case Number: _____

Hearing Date: _____

Judge: _____

Chapter: _____

Recommended Local Form:   ☐ Followed   ☐ Modified

**ORDER REOPENING CASE**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 2, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter having been presented to the Court by _____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The case is reopened effective the date of this order. The debtor shall provide notice of the reopening to all creditors and interested parties within 7 days of the date of this order.

```
ORDERED that a Trustee be appointed.
ORDERED that the No Distribution Report filed on 12/2/19 is vacated.
ORDERED that:
The deadlines by the Trustee or United States Trustee for:
     a) Filing of a Complaint objecting to discharge pursuant to 11 U.S.C.
        Section 727;
     b) For the filing of a Complaint objecting to dischargeability
        pursuant to 11 U.S.C. Section 523;
     c) Filing a motion seeking to dismiss the petition pursuant to
        11 U.S.C. Sections 707(a) or 707(b);
     d) For the filing of a motion objecting to exemptions
is extended to 90 days after the date of this order.
ORDERED that:
The first meeting of creditors be scheduled for 03/13/20 at 10:00 AM.
```

*new.7/12/16*