UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thomas J. Orr
321 High Street
Burlington, NJ 08016
(609)386-8700
Chapter 7 Trustee

Order Filed on March 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

PARLER, DONALD F.

| | |
|---|---|
| Case Number: | 19-30409 |
| Hearing Date: | 02/18/20 at 10:00 AM |
| Judge: | KCF |
| Chapter: | 7 |

Recommended Local Form:   ☐ Followed   ☒ Modified

**ORDER REOPENING CASE**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 2, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

    This matter having been presented to the Court by _____Parler, Donald F._____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

    ORDERED that:

The case is reopened effective the date of this order. The debtor shall provide notice of the reopening to all creditors and interested parties within 7 days of the date of this order.

```
ORDERED that a Trustee be appointed.
ORDERED that the No Distribution Report filed on 12/2/19 is vacated.
ORDERED that:
The deadlines by the Trustee or United States Trustee for:
     a) Filing of a Complaint objecting to discharge pursuant to 11 U.S.C.
        Section 727;
     b) For the filing of a Complaint objecting to dischargeability
        pursuant to 11 U.S.C. Section 523;
     c) Filing a motion seeking to dismiss the petition pursuant to
        11 U.S.C. Sections 707(a) or 707(b);
     d) For the filing of a motion objecting to exemptions
is extended to 90 days after the date of this order.
ORDERED that:
The first meeting of creditors be scheduled for 03/13/20 at 10:00 AM.
```

*new.7/12/16*

```
                           United States Bankruptcy Court
                                 District of New Jersey
```

In re:                                                                Case No. 19-30409-KCF
Donald F. Parler                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1          Date Rcvd: Mar 04, 2020
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2020.
db             +Donald F. Parler,    1 Joseph Court,    Manchester, NJ 08759-5917

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2020 at the address(es) listed below:
              Harrison Ross Byck    on behalf of Debtor Donald F. Parler lawfirm@kasuribyck.com,
               kasuribyck@ecf.courtdrive.com;financial@kasuribyck.com
              Kevin Gordon McDonald    on behalf of Creditor    Wilmington Trust, NA, successor trustee to
               Citibank, N.A., as Trustee Et Al... kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Thomas   Orr    tom@torrlaw.com,    Torr@ecf.axosfs.com
              Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com,    Torr@ecf.axosfs.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5