UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                              Case No.:       19-30409
PARLER, DONALD F.                                   Chapter:        7
                                                    Judge:          KCF

**NOTICE OF PROPOSED ABANDONMENT**

Thomas J. Orr, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> Clarkson S. Fisher US Courthouse
> 402 East State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on May 26, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real Estate at:  1 JOSEPH COURT, MANCHESTER, NJ
> The debtor(s) purchased the property in 2006 for $525,000. The property is valued at $475,000 based on debtor(s) estimate.

> Liens on property:
>
> SPS - $948,275
> EMPIRE EQUITY - $128,000

> Amount of equity claimed as exempt:
>
> NONE

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Donald F. Parler  
    Debtor

Case No. 19-30409-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Apr 28, 2020  
                      Form ID: pdf905    Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2020.
```
db              +Donald F. Parler,    1 Joseph Court,    Manchester, NJ 08759-5917
518537874       +Ally Bank,    200 West Civic Center Dr,    Sandy, UT 84070-4207
518678915       +Empire Equity Group,    c/o First Franklin,    1000 Bishops Gate Blvd Ste 100,
                  Mt Laurel, NJ 08054-4634
518678916       +New Jersey Natural Gas,    Ocean Operations Clerk,    775 Vassar Ave,    Lake Wood, NJ 08701-6908
518678917       +Wells Fargo Dealer Services,    PO Box 1697,    Winterville, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 28 2020 22:57:54      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 28 2020 22:57:51      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518537875        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 28 2020 23:12:25      Capital One,
                  PO Box 30285,    Salt Lake City, UT 84130-0285
518537876       +E-mail/Text: bk@lendingclub.com Apr 28 2020 22:58:13      Lending Club,    Dept 34268,
                  San Francisco, CA 94139-0001
518537877        E-mail/Text: jennifer.chacon@spservicing.com Apr 28 2020 22:58:32
                  Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
518543203       +E-mail/PDF: gecsedi@recoverycorp.com Apr 28 2020 23:01:03      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 6
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2020 at the address(es) listed below:
```
              Harrison Ross Byck    on behalf of Debtor Donald F. Parler lawfirm@kasuribyck.com,
               kasuribyck@ecf.courtdrive.com;financial@kasuribyck.com
              Kevin Gordon McDonald    on behalf of Creditor    Wilmington Trust, NA, successor trustee to
               Citibank, N.A., as Trustee Et Al... kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Thomas   Orr     tom@torrlaw.com,    Torr@ecf.axosfs.com
              Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com,    Torr@ecf.axosfs.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```