<table>
<tr><td>

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon
KML Law Group, PC
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Wilmington Trust, NA, successor trustee to Citibank, N.A., as Trustee f/b/o
holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-
A Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2

---

In Re:
     Parler, Donald F.

</td></tr>
</table>

**Order Filed on June 9, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No:    19-30409 KCF

Hearing Date: 6/9/2020

Judge:  Kathryn C. Ferguson

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: June 9, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of <u>Wilmington Trust, NA, successor trustee to Citibank, N.A., as Trustee f/b/o</u> <u>holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2007-2, Mortgage</u> <u>Pass-Th rough Certificates, Series 2007-2</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■      Real Property More Fully Described as:

**Land and premises commonly known as,     1 Joseph Court, Manchester NJ 08759**
(see legal description included in the exhibits to the motion)

☐      Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-30409-KCF
Donald F. Parler                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1            Date Rcvd: Jun 10, 2020
                              Form ID: pdf903        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2020.
db              +Donald F. Parler,   1 Joseph Court,   Manchester, NJ 08759-5917

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 10, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   Wilmington Trust, NA, successor trustee to Citibank,
           N.A., as Trustee Et Al... dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Harrison Ross Byck    on behalf of Debtor Donald F. Parler lawfirm@kasuribyck.com,
           kasuribyck@ecf.courtdrive.com;financial@kasuribyck.com
          Kevin Gordon McDonald    on behalf of Creditor   Wilmington Trust, NA, successor trustee to
           Citibank, N.A., as Trustee Et Al... kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Thomas  Orr   tom@torrlaw.com,  Torr@ecf.axosfs.com
          Thomas  Orr   on behalf of Trustee Thomas  Orr tom@torrlaw.com,  Torr@ecf.axosfs.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
          United States Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 7